In the Matter of the Application of WILLIAM RHINELANDER STEWART and Others, Appellants, for an Order Directing the Filing and Recording of the Certificate of Incorporation of PARI-MUTUEL MESSENGER SERVICE, INC., against THE DEPARTMENT OF STATE OF THE STATE OF NEW YORK and Hon. MICHAEL F. WALSH, as Secretary of State of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BARKSDALE, Appellant, v. JOSEPH H. WILSON, Warden of Great Meadow Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CAHILL, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.